Gittel Gordon, Esq.
Law Office of Gittel Gordon
State Bar # 65979
P.O. Box 906
La Jolla, CA  90038
(858) 459 2410 Phone
(858) 459-2480 Facsimile

Attorney for Vartan Frnzlian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN FRNZLIAN HARUTYOUN FRNZLIAN, GRIGOR FRNZLIAN, NVARD FRNZLIAN AND AGHAVNI HAKOBYAN,<br><br>     Petitioner,<br>V.<br><br>NANCY ALCANTAR, FIELD OFFICE DIRECTOR IMMIGRATION AND CUSTOM ENFORCEMENT, COMMANDER WALL, WARDEN OF LERDO DETENTION FACILITY, ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, MICHAEL CHERTOFF SECRETARY OF DEPARTMENT OF HOMELAND SECURITY,<br><br>     Respondent | Case No.: 1:05CV00547-OWW-LJO (HC)<br><br>**Order** |

Upon Petitioner's Application for Temporary Order and Preliminary Injunction, IT IS HEREBY ORDERED that no Execution of Deportation is to be ordered before the hearing in this matter scheduled for May **12**, 2005, at 12:15 p.m.

Dated:  April 28, 2005                                         /s/ OLIVER W. WANGER

                                                                        Judge Oliver W. Wanger

Order - 1

PDF created with pdfFactory trial version www.pdffactory.com